WILLIAM HERRMANN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Davis, JJ.; Dowling and Smith, JJ., dissented.